IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JOSIE ANNE SPENCE,              )<br>    Plaintiff,                      )<br>                                              )<br>  v.                                       )<br>                                              )<br>MICHAEL J. ASTRUE,              )<br>Commissioner of Social Security,  )<br>    Defendant.                    ) | CIVIL ACTION NO. 09-184-B-W |

<u>Order</u>

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. '405(g), and in light of the government's request to remand this action for further development of the record by an administrative law judge ("ALJ").

IT IS HEREBY ORDERED that upon the remand of this case by the Court, the Appeals Council will remand it to an Administrative Law Judge to conduct a de novo hearing and issue a new decision.  Further, the Appeals Council shall instruct the ALJ to obtain supplemental vocational expert evidence.  Plaintiff has reviewed the terms of remand as set forth in the motion for remand and does not oppose them.

Therefore, this court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. '405(g) with a remand of the cause to the Commissioner for further proceedings.  <u>See</u> <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993); <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).  The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 15th day of July 2009.

/s/John A. Woodcock, Jr.
Chief U.S District Judge